J. Vincent Cameron, Bar No. 10006
STANDING CHAPTER 13 TRUSTEE
Scott T. Blotter, Bar No. 6185
47 West 200 South, Suite 320
Salt Lake City, Utah  84101
Telephone:  (801) 415-0222
Facsimile: (801) 415-0233
Email: trusteemail@ch13jvc.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## NORTHERN DIVISION

___

| IN RE:    LISA DAWN  BYBEE | Case No. 05B-20778 |
|---|---|
| | Chapter 13            Filed Electronically |
| | Judge JUDITH A. BOULDEN |
| | 341 Meeting: Feb 24, 2005 10:00 AM |

___

## FINAL ACCOUNT OF TRUSTEE AND PETITION FOR FINAL DECREE
___

COMES NOW Petitioner and Trustee, J. Vincent Cameron, and shows the Court that:

1. The above-entitled case was dismissed pursuant to the Trustee's recommendation by and through the Trustee's Directive dated Feb 24, 2005.  No money was paid to, or disbursed by, the Trustee in connection with this case.

2. All matters over which the Court retained jurisdiction have been completed.

WHEREFORE, Petitioner prays that a final decree be entered discharging Petitioner as Trustee, releasing petitioner and his surety from any and all liability under his bond on account of the above-entitled proceeding, closing the estate, and for other and further relief as may be just and proper.

DATED: 03/25/2005

JVC /S/
_____
J. VINCENT CAMERON
Standing Chapter 13 Trustee

## CERTIFICATE OF MAILING

    I the undersigned, an employee of the Standing Chapter 12/13 Trustee do hereby certify that a true and correct copy of the foregoing Final Account of Trustee and Petition for Final Decree, was properly addressed, posted in the U.S. Mail, first-class, postage prepaid, on 03/25/2005 to the following parties at the addresses listed below:

UNITED STATES TRUSTEE, ECF NOTIFICATION

LISA DAWN BYBEE
5396 S 4075 W
ROY UT  84067-7742

TYLER J. JENSEN
579 WEST HERITAGE PARK BLVD.
SUITE 107  LAYTON, UTAH  84041

   /S/
_____
Employee of Office of
Standing Chapter 13 Trustee